UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-10032 |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| JUSTIN DERICK KOHRT, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Justin Derick Kohrt.

Between March 2, 2021, and June 3, 2021, I knowingly possessed digital files that contained child pornography.

I used my Samsung cellular phone to access the internet and looked at child pornography. I saved files to my cell phone that contained child pornography.

I admit that the digital files I downloaded contained child pornography as defined in 18 U.S.C. § 2256(8), in that they depicted minor children engaging in sexually explicit conduct. Some of the files depicted prepubescent minors that had not attained the age of twelve years old.

Because the files were transmitted over the internet, I admit that they were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All of my actions were in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2).

I further stipulate and agree that the following property was used or intended to be used in the commission of the offense described above:

1. a Samsung Galaxy cellular phone, SMS111DL.

ALISON J. RAMSDELL
United States Attorney

July 8, 2022

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: jeff.clapper@usdoj.gov

7-8-22
Date

Justin Derick Kohrt
Defendant

7-8-22
Date

Randall B. Turner
Attorney for Defendant

[2]